UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAINTREE HOSPITAL LLC )<br>d/b/a Northeast Specialty Hospital )<br>of Braintree, )<br>  ) <br>  Plaintiff, ) | CIVIL ACTION<br>NO. 04-12136REK |
| vs. ) | |
| VIRGINIA SULLIVAN, JOHN SULLIVAN, )<br>and PLUMBERS UNION LOCAL 12 )<br>WELFARE FUND )<br>  Defendants. ) | |

## NOTICE OF APPEARANCE

With respect to Plaintiff's Amended Complaint, please enter my appearance on behalf of Defendant Plumbers Union Local 12 Welfare Fund.

/s/ David W. Healey
David W. Healey (BBO# 548262)
DAVID W. HEALEY & ASSOCIATES
77 Franklin Street, Suite 805
Boston, MA  02110
(617) 457-3131

## CERTIFICATE OF SERVICE

I, David W. Healey, hereby certify that on December 22, 2004 I caused to be served a copy of this instrument by mailing same first class mail, postage prepaid, to Anthony J. Pignone, 909 Sumner Street, Stoughton, MA  02072 and to Mark Cavanaugh, Kerstein, Coren, Lichtenstein & Finkel LLP, 233 Needham Street, Newton, MA  02464-1502.

/s/ David W. Healey
David W. Healey