UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAINTREE HOSPITAL LLC ) <br> d/b/a NORTHEAST SPECIALTY ) <br> HOSPITAL OF BRAINTREE ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VIRGINIA SULLIVAN, JOHN ) <br> SULLIVAN and PLUMBERS UNION ) <br> LOCAL 12 WELFARE FUND ) <br> ) <br> Defendants ) | CIVIL ACTION <br> No. 04-12136 REK <br><br><br><br><br><br> May 9, 2005 |

### NOTICE OF APPEARANCE

With respect to the Plaintiff's Amended Complaint filed on or about December 7, 2004 in the above-captioned matter, please enter my appearance on behalf of the Defendant, PLUMBERS UNION LOCAL 12 WELFARE FUND.

DATED at East Hartford, Connecticut, this 9th day of May 2005.

Respectfully submitted,

Robert M. Cheverie, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108
rcheverie@cheverielaw.com
BBO # 082320

## CERTIFICATE OF SERVICE

    I, Robert M. Cheverie, hereby certify that on May 9, 2005, I caused to be served a copy of this instrument by mailing same first class mail, postage prepaid, to Anthony J. Pignone, Esq., LAW OFFICE OF ANTHONY J. PIGNONE, 909 Sumner Street, Stoughton, MA 02072 and to Mark Cavanaugh, Esq., KERSTEIN COREN, LICHTENSTEIN & FINKEL, LLP, 233 Needham Street, Newton, MA 02464-1502.

Robert M. Cheverie, Esq.

GSC.PLUMBERS 12 FUNDS.SULLIVAN
APPEARANCE rmc.05-09-05