UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAINTREE HOSPITAL LLC )<br>d/b/a NORTHEAST SPECIALTY )<br>HOSPITAL OF BRAINTREE )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VIRGINIA SULLIVAN, JOHN )<br>SULLIVAN and PLUMBERS UNION )<br>LOCAL 12 WELFARE FUND )<br>)<br>Defendants ) | CIVIL ACTION<br>No. 04-12136 REK<br><br><br><br><br><br>May 9, 2005 |

### CERTIFICATION OF GREGORY S. CAMPORA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Gregory S. Campora, certify and state as follows:

1.  I am an associate at the law firm of Robert M. Cheverie & Associates, P.C. in East Hartford, Connecticut, a position that I have held since November 26, 2001. The firm has an extensive practice in the areas of both labor and employee benefits law. It has represented these types of organizations since its inception.

2.  I was admitted to the Bar of the State of Connecticut on November 5, 2001. I was admitted to the Bar of the United States District Court in the District of Connecticut on June 10, 2002. I am a member in good standing in every jurisdiction where I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. In addition, I have never been the subject of any disciplinary action by any of the bars to which I am admitted or by any of the courts before which I have appeared.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I affirm under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of May 2005, at East Hartford, Connecticut.

Gregory S. Campora, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4201
Tele. # (860) 290-9610
fax (860) 290-9611
gcampora@cheverielaw.com
Fed Bar # ct23775

SUBSCRIBED and sworn to before me this 9h day of May 2005.

Karen M. Dauphinais
Notary Public

**KAREN M. DAUPHINAIS**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2007

## CERTIFICATE OF SERVICE

    I, Robert M. Cheverie, hereby certify that on May 9, 2005, I caused to be served a copy of this instrument by mailing same first class mail, postage prepaid, to Anthony J. Pignone, Esq., LAW OFFICE OF ANTHONY J. PIGNONE, 909 Sumner Street, Stoughton, MA 02072 and to Mark Cavanaugh, Esq., KERSTEIN COREN, LICHTENSTEIN & FINKEL, LLP, 233 Needham Street, Newton, MA 02464-1502.

                                                                   Robert M. Cheverie, Esq.

GSC.PLUMBERS 12 FUNDS.SULLIVAN
MOT for adm pro hac vice gsc.05-09-05