UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Braintree Hospital LLC
       Plaintiff

v.                                                                                Civil Action No. 04-12136-REK

Virginia Sullivan, et al.
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>KEETON, S.D.J.</u>

The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan

12/19/05
Date

Karen P. Folan
Deputy Clerk