United States District Court
For the District of Massachusetts

~~COMMONWEALTH OF MASSACHUSETTS~~

~~NORFOLK, SS~~ ~~SUPERIOR COURT DEPARTMENT~~
CIVIL ACTION NO. 04-12136 REK

BRAINTREE HOSPITAL LLC d/b/a )
NORTHEAST SPECIALTY )
HOSPITAL OF BRAINTREE, )
)
)
)
vs. )
)
VIRGINIA SULLIVAN, )
JOHN SULLIVAN, AND )
PLUMBERS UNION LOCAL 12 )
WELFARE FUND )

## STIPULATION OF DISMISSAL

All of the parties to the above-entitled action, pursuant to the provisions of ~~Mass.~~ Fed. R. Civ. P. 41 (a) (1) (ii), hereby stipulate that the action of:

1. Plaintiff, Braintree Hospital LLC d/b/a Northeast Specialty Hospital of Braintree against Defendants, Virginia Sullivan and John Sullivan,

be dismissed with prejudice and without costs and that the agreement executed by the parties hereto be and hereby is incorporated by reference.

| | |
|---|---|
| **BRAINTREE HOSPITAL LLC d/b/a NORTHEAST SPECIALTY HOSPITAL OF BRAINTREE**<br>Plaintiff<br>By Its Attorney,<br><br>_____<br>Anthony J. Pignone<br>BBO No. 635806<br>909 Sumner Street<br>Stoughton, MA 02072<br>(781) 297-8508 | **VIRGINIA SULLIVAN AND JOHN SULLIVAN**<br>Defendants,<br><br>_Virginia M Sullivan_<br>Virginia Sullivan<br>39 Flynt Street<br>N. Quincy, MA 02171<br><br>_John J Sullivan_<br>John Sullivan<br>39 Flynt Street<br>N. Quincy, MA 02171 |

Dated: December 5, 2005