UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAINTREE  HOSPITAL LLC d/b/a NORTHEAST SPECIALTY HOSPITAL OF BRAINTREE, <br><br> vs. <br><br> VIRGINIA SULLIVAN, JOHN SULLIVAN, AND PLUMBERS UNION LOCAL 12 WELFARE FUND | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>      No. 04-12136 REK |

## STIPULATION OF DISMISSAL

All of the parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (a) (1) (ii), hereby stipulate that the action of:

1.    Plaintiff, Braintree Hospital LLC d/b/a Northeast Specialty Hospital of Braintree against Defendant, Plumbers Union Local 12 Welfare Fund,

be dismissed with prejudice and without costs and that the agreement executed by the parties hereto be and hereby is incorporated by reference.

| | |
|---|---|
| **BRAINTREE HOSPITAL LLC d/b/a NORTHEAST SPECIALTY HOSPITAL OF BRAINTREE** Plaintiff By Its Attorney, | **PLUMBERS UNION LOCAL 12 WELFARE FUND** Defendant, By Its Attorney, |
| _____ Anthony J. Pignone BBO No.  635806 909 Sumner Street Stoughton, MA 02072 (781) 297-8508 | _____ Gregory Campora Robert M. Cheverie & Associates, P.C. Commerce Center One 333 East River Drive, Ste. 101 East Hartford, CT  06108 |

Dated:  December 15 2005